RECEIVED

Walter E. Hoffman
United States Courthouse
600 Granby Street
Norfolk, VA 23510

2021 FEB 23 A 9: 32

CLERK US DISTRICT COURT
RICHMOND, VIRGINIA

PRESTON LEONARD SCHOFIELD

    PETITIONER/

CASE NUMBER: 2019-CP-002503-O

V

DEMAND TRIAL BY JURY

BRIDGET FRIEDMAN

    PLAINTIFF/

# 42 U.S.C. § 1983 CIVIL RIGHTS LAWSUIT

QUESTIONS PROPOSED:

DOES THE STATE OF FLORIDA BY DENYING THE PETITIONER CONSTITUTIONAL RIGHTS UNDER THE FOURTH, FIFTH, SIXTH, EIGHTH, AND FOURTEENTH AMENDMENT TO EQUAL PROTECTION UNDER THE LAW AND DUE PROCESS NEGATE HIS RIGHT TO PROBATE HIS MOTHER'S ESTATE?

DOES THE PETITIONER HAVE A LEGAL RIGHT TO EXAMINE THE HANDLING OF THE "TRUST OF ELLEN MAE HARRIS JOHNSON" BEFORE THE ASSETS ARE COMINGLED WITH THE "ESTATE OF CILLA MAE HARRIS SCHOFIELD"?

DOES THE ACTION OF THE PLAINTIFF BRIDGET FRIEDMAN AND JANET THORPE VIOLATES THE SIXTH AMENDMENT OF THE UNITED STATES CONSTITUTION FOR PLAINTIFF'S SELF REPRESENTATION?

1

COMES NOW PETITIONER, PRESTON LEONARD SCHOFIELD PRO SE, A HONORABLY-DISCHARGED DISABLED MILITARY VETERAN WITH THE **42 U.S.C. § 1983 CIVIL RIGHTS LAWSUIT** IN ORANGE COUNTY, FLORIDA PROBATE MATTER 2019-CP-002503-O.

### FACTS OF THE CASE

A. THE PETITIONER CONSULTED WITH THE PLAINTIF, BRIDGET FRIEDMAN IN OR ABOUT AUGUST 2019 CONCERNING THE PROBATE OF THE ESTATE OF THE LATE "CILLA MAE HARRIS SCHOFIELD". THE PLAINTIFF AGREED TO PROBATE THE MATTER IN THE ORANGE COUNTY COURTHOUSE FOR THE PETITIONER. AS THE PETITIONER'S FAMILY WAS ATTEMPTING TO COMBINED ASSETS FROM THE TRUST OF THE LATE ELLEN JOHNSON HARRIS AND THE ESTATE OF CILLA MAE HARRIS SCHOFIELD FOR A REAL ESTATE SALE, THE PETITIONER DEMANDED A "DETAILED ACCOUNTING OF THE MANAGEMENT OF THE TRUST OF ELLEN JOHNSON HARRIS FROM THE TRUSTEES OF THE ESTATE BEFORE AGREEING TO THE PROPOSED REAL ESTATE TRANSACTION. THE TRUSTEES OF THE ESTATE REFUSED TO PROVIDE DETAILED RECORDS OF THE MANAGEMENT FOR THE ESTATE IN WRITING TO THE PETITIONER FOR A "DETAILED FORENSIC ACCOUNTING BY A FIRM OF PETITIONER'S CHOICE".

B. PLAINTIFF WAS ADVISED THAT THE PETITIONER WAS DENIED <u>CONSTITUTIONAL RIGHTS IN CRIMINAL CASES WITH THE STATE OF FLORIDA.</u> THE STATE OF FLORIDA ILLEGALLY DENIED THE PETITIONER "SPEEDY TRIAL", DISCOVERY BEFORE, DURING AND AFTER ILLEGAL TRIALS, AND ATTORNEY CHRISTINE BUCHAN WITHOUT PETITIONER'S KNOWLEDGE AND AUTHORIZATION WAIVED PETITIONER'S SPEEDY TRIAL RIGHTS AFTER DEADLINE HAD PASSED AND HER SERVICES TERMINATED. PETITIONER WAS ADJUDICATED GUILTY BY A JURY FOR OPERATING HIS OWN BUSINESS, KJARI ALLSTAR CHEER AND DANCE TEAM AND CALLING THE POLICE FOR THEFT BY EXWIFE. THE STATE OF FLORIDA ALLOWED STATE ATTORNEY JACOB POLK, THE PETITIONER'S

EXWIFE FRIEND TO PROSECUTE THE PETITIONER OVER PETITIONER'S OBJECTIONS. PETITIONER REFUSED TO TAKE A PLEA BARGAIN, SO THE COURT ILLEGALLY CONFINED THE PETITIONER FOR 451 DAYS FOR AN ALLEGED CHARGE THAT CARRIED ON 60 DAYS. TO PREVENT A "SUCCESSFUL APPEAL BY THE PETITIONER, THE STATE OF FLORIDA FORCED ATTORNEY WILLIAM "RANDY" McCLEAN TO REPRESENT THE PETITONER IN VIOLATIONS OF THE SIXTH AMENDMENT. MR. McCLEAN FRUSTRATED THE PETITIONER'S ATTEMPT TO OBTAIN THE CERTIFIED COURT RECORDS AND REFUSED TO INTERVIEW PETITIONER'S WITNESS AND HOPPER COMMUNITY CENTER BOARD WHO LEASED THE BUSINESS PROPERTY TO THE PETITIONER.

C. ON OR ABOUT DECEMBER 2019, THE PETITIONER QUESTIONED THE PLAINTIFF CONCERNING THE PACE OF THE PROBATE PROCEEDINGS. THE PLAINTIFF IMMEDIATELY CHANGE THE TYPE OF PROBATE PROCEEDING TO FORMAL ADMINISTRATION, AN UPGRADE FROM SUMMARY ADMINISTRATION WHICH WAS INITIALLY FILED.

D. ON OR ABOUT MARCH 2020, THE PETITIONER TERMINATED THE SERVICES OF THE PLAINTIFF DUE TO CONSERVATION WITH THE COURT'S CLERK WHO STATED THE WRONG PAPERWORK WAS FILED AND THE ATTORNEY WAS NEGLIGENT IN FILING AN "ORDER" IN THE MATTER.

E. THE PLAINTIFF COMMITTED "STRICKLAND VIOLATION"S IN THIS MATTER IN REPRESENTING THE PETITIONER BUT "REFUSED TO RECLUSE HERSELF FROM THE MATTER". THIS ALLOWED THE PROBATE COURT UNDER JUDGE JANET THORPE TO GRANT QUENTIN SCHOFIELD, THE PETITIONER'S NEPHEW AS IN CHARGE OF THE ESTATE OF CILLA MAE HARRIS SCHOFIELD. JUDGE JANET THORPE REFUSED TO ACCEPT ANY MOTIONS IN THIS MATTER OR GRANT ANY HEARINGS TO DETERMINE THE TERMINATION OF THE PLAINTIFF BRIDGET FRIEDMAN.

F. ATTORNEY FRIEDMANS CONDUCT VIOLATES TITLE 18 UNITED STATES CODE SECTION 241 "CONSPIRACY AGAINST RIGHTS", TITLE 18 UNITED STATES CODE SECTION 242 "DEPRIVATION OF

3

RIGHTS UNDER COLOR OF LAW', OBSTRUCTION OF JUSTICE, AND COLOR OF LAW ABUSES SPECIFICALLY "DEPRIVATION OF PROPERTY".

WHEREFORE THE PETITIONER RESPECTFULLY ASKS THIS HONORABLE COURT TO GRANT THE PETITIONER'S MOTION AND DENY "QUALIFIED IMMUNITY" TO JUDGE JANET THORPE FOR HER ROLE IN THIS MATTER AS SHE KNOWINGLY, DELIBERATELY, INTENTIONALLY, AND WILLING VIOLATED THE CONSTITUTIONAL RIGHTS, HUMAN RIGHTS, CIVIL RIGHTS AND CIVIL LIBERTIES OF THE PETITIONER, PRESTON LEONARD SCHOFIELD PRO SE WITH MALICE.

## RELIEF REQUESTED

A. PETITIONER REQUESTS A JURY TRIAL BY DEMAND IN THIS MATTER CONCERNING THE UNETHICAL BEHAVIOR OF BRIDGET FRIEDMAN AND JANET THORPE.

B. PETITIONER REQUESTS COMPENSATORY DAMAGES OF TWO (2) MILLION DOLLARS, PUNITIVE DAMAGES OF AN AMOUNT DETERMINED BY THE JURY, AND INJUNTION DAMAGES AGAINST BRIDGET FRIEDMAN.

C. PETITIONER REQUESTS AN ORDER PROHIBITING THE STATE OF FLORIDA FROM UNUSTLY PENALIZING THE PETITIONER IN ANY MANNER UNTIL THIS MATTER IS ADJUDICATED AT THE HIGHEST COURT.

D. PETITIONER REQUESTS A COURT ORDER FOR ALL "CERTIFIED NON-REDACTED COURT AUDIO AND VIDEO RECORDINGS" FOR PETITIONER'S CIVIL AND CRIMINAL CASES FROM APRIL 2011 THROUGH PRESENT DAY IN THE STATE OF FLORIDA AT NO COST TO THE PETITIONER VIA THE FLORIDA EFILING PORTAL WITHIN SEVEN (7) DAYS. THESE INCLUDES ILLEGAL CHILD SUPPORT ORDERS, CHILD SUPPORT HEARINGS, AND SEIZURES OF PETITIONER'S ARMED FORCES BANK ACCOUNT, TAX REFUNDS AND STIMULUS PAYMENTS WITHOUT A COURT HEARING PER U.S.C 666.

E. PETITIONER REQUESTS A COURT ORDER FOR VERIZON CELLPHONE RECORDS FOR TELEPHONE NUMBERS 407-212-8168, 813-659-7113 AND 407-212-2741. THESE RECORDS SHOW CONVERSATIONS AND TEXT MESSAGES PROVING THE PETITIONER'S INNOCENCE IN THE CRIMINAL CASES, BUT VERIZON AND THE SUPREME COURT OF FLORIDA REFUSED TO GRANT REQUIRED RECORDS WITHOUT A COURT ORDER.

F. PETITIONER REQUESTS ANY AND ALL OTHER RELIEF THE COURT DEEEMS APPROPRIATE FOR THE PETITIONER IN THIS MATTER.

RESPECTFULLY SUBMITTED,

PRESTON LEONARD SCHOFIELD PRO SE

P.O. BOX 12413

RICHMOND, VIRGINIA 23241

FEBRUARY 23, 2021

## CERTIFICATE OF SERVICE

A TRUE AND CORRECT COPY OF THIS **42 U.S.C. § 1983 CIVIL RIGHTS LAWSUIT** HAS BEEN PROVIDED TO THE PLAINTIFF, BRIDGET FRIEDMAN, Friedman Law, PA 600 Rinehart Rd Ste 3086. Lake Mary, FL 32746-4958 BY CERTIFIED UNITED STATES MAIL AND VIA THE FLORIDA EFILING COURT PORTAL ON FEBRUARY 23, 2021.

PRESTON LEONARD SCHOFIELD PRO SE

FEBRUARY 23, 2021

5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__RICHMOND__ DIVISION

Preston Leonard Schofield Pro Se
_____
Plaintiff(s),

v.

Bridget Friedman
_____
Defendant(s).

Civil Action Number: 3:21cv00108

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of __42 U.S.C. 1983__.
(Title of Document)

Preston Schofield Pro Se
_____
Name of Pro Se Party (Print or Type)

[signature]
_____
Signature of Pro Se Party

Executed on: __23 February__ (Date) 2021

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of Pro Se Party (Print or Type)

_____
Signature of Pro Se Party

Executed on: _____ (Date)